UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME:  UNITED STATES v. SIU SHING WONG

DOCKET NO:  1:24-cr-00145-SDN

## Government Sentencing Hearing Exhibit List (February 5, 2026)

| Gvt Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1 | | | Skowhegan Savings Bank Mortgage Loan Payoff Documentation (Feb. 2026) | | | | |
| 2 | | | Skowhegan Savings Bank Loan Repayment History Documentation (Feb. 2026) (redacted) | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 3, 2026, I electronically filed the Sentencing Hearing Exhibit List with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Stacey A. Van Malden, Esq.
Stacey111@optonline.net

David W. Bate, Esq.
davidbatelaw@gmail.com

ANDREW B. BENSON
United States Attorney

/s/ Andrew Lizotte
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street, Suite 111
Bangor, ME 04401
(207) 945-0373
Andrew.lizotte@usdoj.gov